IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 14-cv-00067-CBS

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, individually and as successor by merger to BANC OF AMERICA SECURITIES, LLC,
    Plaintiff,
v.

C. RANDEL LEWIS, in his capacity as Receiver,
    Defendant.

ORDER DISMISSING CASE WITH PREJUDICE

---

The court having reviewed the Stipulation for Dismissal with Prejudice (filed September 15, 2014) (Doc. # 35) and being fully advised in the premises,

IT IS ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear his or its own fees and costs

Dated at Denver, Colorado this 15th day of September, 2014.

BY THE COURT:


s/Craig B. Shaffer
United States Magistrate Judge